1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                          EASTERN DISTRICT OF CALIFORNIA

10
COUNTY OF FRESNO,                        )    **Old Case No. 1:06cv1263 AWI DLB**
11                                       )    **New Case No. 1:06cv1263 AWI SMS**
                                         )
12                                       )         ORDER DISQUALIFYING
                                         )         MAGISTRATE JUDGE
13              Plaintiff,               )
                                         )
14       vs.                             )
                                         )
15  ROSALIE TORSTENSEN-LIVINGS,          )
    UNITED STATES OF AMERICA,            )
16                                       )
                Defendant.               )
17  _____)

18       Good cause appearing, the undersigned disqualifies himself from all proceedings of

19  the present action.  The Clerk of the Court has reassigned this action to the docket of a

20  different Magistrate Judge.  The new case number shall be **1:06cv1263 AWI SMS**.  All

21  future pleadings shall be so numbered.  Failure to use the correct case number may result in

22  delay in your documents being received by the correct judicial officer.

23       IT IS SO ORDERED.

24     **Dated:    September 15, 2006**              **/s/ Dennis L. Beck**
    3b142a                                   UNITED STATES MAGISTRATE JUDGE
25

26

27

28
                                          1