IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF FRESNO,<br><br>Plaintiff,<br><br>vs.<br><br>ROSALIE TORSTENSEN-LIVINGS,<br>UNITED STATES OF AMERICA,<br><br>Defendant. | **Old Case No. 1:06cv1263 AWI DLB**<br>**New Case No. 1:06cv1263 AWI SMS**<br><br>ORDER DISQUALIFYING<br>MAGISTRATE JUDGE |

    Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action.  The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge.  The new case number shall be **1:06cv1263 AWI SMS**.  All future pleadings shall be so numbered.  Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

    IT IS SO ORDERED.

    Dated:  September 15, 2006                /s/ Dennis L. Beck
3b142a                                            UNITED STATES MAGISTRATE JUDGE

1