DENNIS A MARSHALL
County Counsel

J. WESLEY MERRITT
Chief Deputy, SBN 071939
DAVID F. RODRIGUEZ,
Senior Deputy, SBN 059929

2220 Tulare Street, 5th Floor
Fresno, California 93721-2128
Telephone: (559) 488-3479
Facsimile:  (559) 488-1900

Attorneys for Plaintiff/Petitioner

COUNTY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| COUNTY OF FRESNO,<br><br>　　　　Plaintiff/Petitioner,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA, substituted Defendant for ROSALIE MAE TORSTENSEN<br><br>　　　　Defendant/Respondent | Case No. 1:06-cv-01263-AWI-DLB<br><br>STIPULATION RE: PLAINTIFF'S MOTION FOR REMAND AND DEFENDANT'S MOTION TO DISMISS; AND ORDER THEREON<br><br>Action filed:   July 28, 2006<br><br>Action Removed:  Sept. 14, 2006<br><br>Date:　November 13, 2006<br>Time:　1:30 p.m.<br>Place:　Courtroom 3, 5th Floor<br>Judge: Hon. Anthony W. Ishii, Judge, presiding<br><br>Trial Date: None set |

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, STIPULATE AS FOLLOWS:

A. Procedural Background:

1. Plaintiff, COUNTY OF FRESNO (hereinafter "County"), filed its complaint against named Defendant ROSALIE MAE TORSTENSEN in the Superior Court of California for the County of Fresno on July 28, 2006.  The state action was removed to

U.S.D.C. E.D. CA by Petition for Removal, filed on September 14, 2006, whereby Defendant UNITED STATES OF AMERICA (hereinafter "United States") was substituted as defendant;

    2. Plaintiff/Petitioner, COUNTY OF FRESNO, filed its Motion for Remand on September 19, 2006, which is presently set for hearing before the Hon. Anthony W. Ishii, District Judge, on November 13, 2006 at 1:30 p.m.;

    3. Substituted Defendant, United States, filed its Motion to Dismiss on October 12, 2006, which is also set for hearing before the Hon. Anthony W. Ishii, District Judge, on November 13, 2006 at 1:30 p.m.;

B. <u>Terms of Stipulation</u>:

    1. That County's Motion to Remand be deemed withdrawn;

    2. That United States Motion to Dismiss be granted on the grounds of failure of County to present a claim pursuant to 28 U.S.C. § 2675(a), and

    a. Upon the date of entry of the order granting the Motion to Dismiss, pursuant to 28 U.S.C. § 2679(d)(5), County shall have 60 days within which to present a claim pursuant to 28 U.S.C. § 2401(b) to the United States Postal Service (hereinafter "USPS"); and

    b. In the event a claim is duly presented according to law, the time during which USPS acts upon the claim and issues its determination shall be tolled for purposes of any statute of limitations otherwise applicable pursuant to 28 U.S.C. § 2401(a) and (b); and

    3. That upon entry of the order approving this stipulation, the scheduled hearings on November 13, 2006 for the Motion to Remand and Motion to Dismiss shall be vacated.

    It is so stipulated.

Dated:  October 27, 2006        DENNIS A. MARSHALL
                                              County Counsel

                                   By /S/_____

1
2            DAVID F. RODRIGUEZ
             Senior Deputy
3
             Attorneys for COUNTY OF FRESNO
4
5 Dated:  October 27, 2006   McGREGOR W. SCOTT
             United States Attorney
6
7          By /S/_____
             KRISTI C. KAPETAN
             Assistant U.S. Attorney
8
9             Attorneys for UNITED STATES OF AMERICA
10
11
12
13            //
14
15            //
16
17            //
18
19            //
20
21            //
22
23            //
24
25
26
27
28

**ORDER**

Upon stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. County's Motion to Remand is withdrawn;

2. United States' Motion to Dismiss is GRANTED on the grounds of failure of County to present a claim pursuant to 28 U.S.C. § 2675(a), and

    a. Upon the date of entry of this Order, pursuant to 28 U.S.C. § 2679(d)(5), County shall have 60 days within which to present a claim pursuant to 28 U.S.C. § 2401(b) to the USPS; and

    b. In the event a claim is duly presented according to law, the time during which USPS acts upon the claim and issues its determination shall be tolled for purposes of any statute of limitations otherwise applicable pursuant to 28 U.S.C. § 2401(a) and (b); and

3. The scheduled hearings on November 13, 2006 on the Motion to Remand and Motion to Dismiss are hereby vacated.

4. The Clerk of the Court is DIRECTED to close this file.

IT IS SO ORDERED.

Dated:   October 30, 2006            /s/ Anthony W. Ishii

0m8i78                              UNITED STATES DISTRICT JUDGE